UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DENNIS ELLIS

                          Plaintiff

VS.

COHEN & SLAMOWITZ LLP

                          Defendant

Stipulation Discontinuing Action
Index 09-CV-00810
(GLS/RFT)

**IT IS HEREBY STUPULATED AND AGREED** by between the parties and their respective attorneys, as no party here is an infant, an incompetent for whom a committee has been appointed, or a conservatee, and there being no person not a party who has any interest in the subject matter of this action, that the action is now discontinued and without costs to either party and this document may be filed with the Clerk by either party without notice to the other;

**IN WITNESS WHEREOF**, the parties, by their counsel, signed this instrument on the dates set forth after their names.

_____
Anthony J. Pietrafesa Esq
*Attorney for Plaintiff*
210 Bell Court
Schenectady NY 12303
518.218.0851

DATED: 8/6/10

_____
Smith Sovik Kendrick & Sugnet

By: Daniel R. Ryan
*Attorney for Defendant*
250 South Clinton St
Syracuse NY 13202
315-474-2911

DATED: 8/18/10